IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PROSPECT ENERGY CORPORATION, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. H-10-1396 |
| DALLAS GAS PARTNERS, LP; DALLAS GAS GP, LLC; DAVID NELSON; JEFFREY WEISS; AND TOM MUSE; | | |
| Defendants. | | |

## MOTION FOR STATUS CONFERENCE

**To Honorable Judge of Said Court:**

John S. Black and his firm Reynolds, Frizzell, Black, Doyle, Allen & Oldham, L.L.P. ("Counsel") move to request a status conference in this matter regarding the Court's Order on Counsel's Motion to Withdrawn as to individual defendants David Nelson and Jeffrey Weiss (Dkt. # 220).

WHEREFORE, John S. Black and Reynolds, Frizzell, Black, Doyle, Allen & Oldham, L.L.P. respectfully request that the Court grant this Motion and set a status conference in this matter.

Respectfully submitted,

**REYNOLDS, FRIZZELL, BLACK,
DOYLE, ALLEN & OLDHAM LLP**

By: */s/ John S. Black*
John S. Black
State Bar No. 24012292
1100 Louisiana, Suite 3500
Houston, TX 77002
Phone: (713) 485-7200
Fax:  (713) 485-7250

Email: jblack@reynoldsfrizzell.com

**ATTORNEYS FOR DALLAS GAS PARTNERS, LP; DALLAS GAS GP, LLC; DAVID NELSON, AND JEFFREY WEISS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record via electronic filing pursuant to the Federal Rules of Civil Procedure on the 26th day of January 2012.

*/s/ John S. Black*
John S. Black